In the Matter of the Accounting of THE FIRST TRUST AND DEPOSIT COMPANY et al., as Administrators of the Estate of MARIE E. PRATT, Deceased.

BENJAMIN W. JONES, Appellant; ESTHER B. MOONEY et al., Respondents.

(Argued January 4, 1932; decided January 6, 1932.)

*John Goodrum Miller* for motion.

No one opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion.